

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00697-CV
_____

4000 GANZER INVESTMENTS, LLC; 4600 GANZER INVESTMENTS, LLC; 2010 LONG TAIL TRAIL INVESTMENTS, LLC; 2020 LONG TAIL TRAIL INVESTMENTS, LLC; AND W^3 OWNER, L.P. D/B/A W3 LUXURY LIVING, A TEXAS LIMITED PARTNERSHIP, Appellants

V.

WIER & ASSOCIATES, INC., Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-363218-25

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' motion to dismiss their appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 26, 2026